MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

JANAKI GANDHI (CABN 272246)
Special Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7050
   Fax: (415) 436-7234
   Email: janaki.gandhi@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JEYSER IVAN TZIU-AKE, <br><br> Defendant. | CASE NO. CR 13-0170 RS <br><br> STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SENTENCING <br><br> Date: October 1, 2013 <br> Time: 2:30 p.m. <br> Court: Honorable Richard Seeborg |

The United States, by and through the undersigned counsel, and Defendant Jeyser Ivan Tziu-Ake, by and through counsel Elizabeth Falk, hereby file this joint stipulation and proposed order continuing the defendant's sentencing hearing to October 15, 2013, at 2:30 p.m.

The purpose of the continuance is for the anticipated amendment of the Presentence Report (PSR). In speaking with the Probation Officer assigned to this case, John D. Woods, the government learned that the victim statements contained in the PSR are stale. The government confirmed that the National Center for Missing and Exploited Children does have on file a report and several current and relevant victim statements specifically relating to the present case. The government has requested this report, and the Probation Officer has agreed to amend the PSR to reflect the current

1 victim statements.

2 As a result, the parties stipulate to continuing the sentencing hearing to October 15, 2013,
3 to permit the Probation Officer to review the victim report and amend the PSR accordingly.  A
4 continuance is also necessary to permit the parties to file additional briefing responding to the
5 amendments to the PSR.  The government has confirmed that the Probation Officer is available for
6 sentencing on October 15, 2013, at 2:30pm.

7 SO STIPULATED:

9                                          MELINDA HAAG
10                                          United States Attorney

11 DATED: September 27, 2013          _____/s/_____
12 JANAKI GANDHI
   Special Assistant United States Attorney

14 DATED: September 27, 2013          _____/s/_____
   ELIZABETH FALK
15    Attorney for Defendant Jeyser Ivan Tziu-Ake

STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING
CR 13-017 RS

[~~PROPOSED~~] ORDER

Based upon the aforementioned representations of the parties, it is hereby ORDERED that the sentencing in this matter be continued to October 15, 2013, at 2:30 p.m.

IT IS SO ORDERED.

DATED: 9/27/13

*[signature]*

THE HONORABLE RICHARD SEEBORG
United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SENTENCING
CR 13-017 RS